UNITED STATES of America, Plaintiff—Appellee,

v.

Omar CAMPOS–MONTIEL, Defendant—Appellant.

No. 01–10373.

D.C. No. CR–00424–SOM.

United States Court of Appeals, Ninth Circuit.

---

Submitted Nov. 5, 2001 *.

Decided Nov. 14, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

Omar Campos–Montiel appeals the 86–month sentence imposed following his guilty plea to unlawful reentry after deportation in violation of 8 U.S.C. § 1326. Campos–Montiel contends that the reasoning in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), limits the holding in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), such that Campos–Montiel's guilty plea to an indictment that did not allege a prior felony conviction subjects him to the two-year maximum sentence under 8 U.S.C. § 1326(a). Campos–Montiel, who states that he pursues this appeal to preserve the issue for further appeal to the Supreme Court, acknowledges that his contention is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000). Accordingly, Campos–Montiel's sentence is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

